IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01550-PAB-KLM

KOPPELMAN VENTURES LLC,

    Plaintiff,

v.

EVERGREEN ENERGY, INC., formerly known as KFx Inc. and K-FUEL, INC.,
KFx TECHNOLOGY, formerly known as K-FUEL, LLC,
THOMAS J. STONER, JR.,
DIANA KUBIK,
WILLIAM G. LAUGHLIN, and
ILYAS KHAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Correct Answer Date** [Docket No. 18; Filed August 10, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Complaint [Docket No. 1] on or before **September 6, 2011**.

    Dated:  August 10, 2011