IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01550-PAB-KLM

KOPPELMAN VENTURES LLC,

    Plaintiff,

v.

EVERGREEN ENERGY, INC., formerly known as KFx Inc. and K-FUEL, INC.,
KFx TECHNOLOGY, formerly known as K-FUEL, LLC,
THOMAS J. STONER, JR.,
DIANA KUBIK,
WILLIAM G. LAUGHLIN, and
ILYAS KHAN,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion to Compel Arbitration and Stay Action** [Docket No. 21; Filed September 6, 2011] (respectively, the "Motion to Compel" and the "Motion to Stay")[1] and the parties' **Stipulated Joint Motion to Vacate Scheduling Conference** [Docket No. 30; Filed October 17, 2011] (the "Joint Motion").

On September 6, 2011, Defendants filed the Motion to Compel [#21] and the Motion to Stay [#21], requesting an order from the Court compelling arbitration and staying the matter pending completion of the arbitration proceedings. Defendants represented that Plaintiff's counsel opposed the requested relief. On October 5, 2011, Plaintiff filed a

---

[1] The Motion to Stay was referred to this Court on September 8, 2011. *See Minute Order* [#24]. The Motion to Compel remains pending before the District Judge. *See id.*

-1-

Response [#28] to the Motion to Compel and the Motion to Stay, clarifying that it "agrees to arbitration pursuant to the Rules of the [American Arbitration Association (the "AAA")], and to the staying of this action pending arbitration as requested by the Defendants and, accordingly, joins in the Defendants' Motion to Stay the Action pending Arbitration." *Response* [#28] at 3.  Plaintiff continued that it only "objects to arbitration before the AAA or its designated arbiters on the basis of conflict, bias, and resulting prejudice to [Plaintiff]." *Id.*

Although the stay of proceedings in a case is generally disfavored, the Court has discretion to stay discovery while a dispositive motion is pending.  *See Wason Ranch Corp. v. Hecla Mining Co.*, No. 07-cv-00267-EWN-MEH, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007) (unreported decision) ("A stay of all discovery is generally disfavored in this District." (citation omitted)); *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) (unreported decision) (finding that a thirty day stay of discovery was appropriate when a motion to dismiss for lack of personal jurisdiction was pending); *Nankivil v. Lockheed Martin Corp.*, 216 F.R.D. 689, 692 (M.D. Fla. 2003) (A stay may be appropriate if "resolution of a preliminary motion may dispose of the entire action."); 8 Charles Alan Wright, et al., *Federal Practice and Procedure* § 2040, at 521-22 (2d ed. 1994) ("[W]hen one issue may be determinative of a case, the court has discretion to stay discovery on other issues until the critical issue has been decided."); *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 804 (Fed. Cir. 1999) ("When a particular issue may be dispositive, the court may stay discovery concerning other issues until the critical issue is resolved."); *Gilbert v. Ferry*, 401 F.3d 411, 415-16 (6th Cir. 2005) (finding that ordering a stay of discovery is not an abuse of

discretion when a defendant has filed a motion to dismiss challenging the court's actual subject matter jurisdiction); *Chavous v. D.C. Fin. Responsibility & Mgmt. Assistance Auth.*, 201 F.R.D. 1, 2 (D.D.C. 2005) ("A stay of discovery pending the determination of a dispositive motion is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." (internal quotation omitted)).

IT IS HEREBY **ORDERED** that the Motion to Stay [#21] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that all disclosure and discovery is **STAYED** pending resolution of the Motion to Compel [#21].

IT IS FURTHER **ORDERED** that the Joint Motion is **GRANTED**. Accordingly, the Scheduling Conference set for October 24, 2011 at 9:30 a.m. is **VACATED**. It will be reset, if necessary, pending full resolution of Defendants' Motion to Compel Arbitration [#21].

DATED: October 18, 2011 at Denver, Colorado.

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge